

# DISTRICT OF COLUMBIA
# DEPARTMENT OF CORRECTIONS

# Program Statement

| | |
|---|---|
| OPI: | WARDEN |
| Number: | PS 4353.1B |
| Supersedes: | PS 4353.1A (9/15/2000) |
| Date: | February 29, 2008 |
| Subject: | Admission, Transfer and Release, Inmates |

1. **PURPOSE AND SCOPE.** To provide guidelines for admission, transfer and release processes for inmates within the DC Department of Corrections (DOC).

2. **POLICY.** It is DOC policy to:

    a. Prior to accepting custody of an inmate, staff determines that the inmate is legally committed to the facility.

    b. Provide an admissions process that shall include recording basic personal information, fingerprinting and photographing, custody classification and medical, dental and mental health screening

    c. Ensure inmates are appropriately released at the end of their term and that upon release, inmates held for 30 days or more shall receive information about community resources prior to release.

3. **NOTICE OF NON-DISCRIMINATION**

    a. In accordance with the D.C. Human Rights Act of 1977, as amended, D.C. Official Code §2.1401.01 et seq., (Act) the District of Columbia does not discriminate on the basis of race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, gender identity or expression, familial status, family responsibilities, matriculation, political affiliation, genetic information, disability, source of income, or place of residence or business. Sexual harassment is a form of sex discrimination that is also prohibited by the Act. Discrimination in violation of the Act will not be tolerated. Violators will be subject to disciplinary action.

    b. DOC prohibits discrimination against inmates based on race, religion, national origin, gender, sexual orientation or disability when making administrative decisions in providing access to programs.

 c. When both males and females are housed in the same facility, all available services and programs are comparable. Neither gender is denied opportunities on the basis of its smaller number in the population.

 d. Inmates with disabilities, including temporary disabilities, are housed in a manner that provides for their safety and security. Housing used by inmates with disabilities, including temporary disabilities, is designed for their use and provides for integration with other inmates. Programs and service areas are accessible to inmate with disabilities who reside in the facility. Discrimination on the basis of disability is prohibited in the provision of services, programs and activities.

4. **OBJECTIVES**

 a. The inmate and his/her property are immediately searched upon arrival at the facility.

 b. Admissions as described in this directive.

 c. Inmates are separated from the general population during the admission process and are assigned to initial holding settings according to their immediate security needs, physical and mental condition, and other considerations.

 d. Pursuant to *PS 4050.1 Inmate Property*, there is an itemized inventory of all personal property of newly admitted inmates and secure storage of inmate property, including money and other valuables. The inmate is given a receipt for personal property.

 e. Prior to placing and inmate in the general population, the inmate is given the opportunity to shower and is issued clean clothing.

 f. Inmates shall be appropriately released at the end of their term.

5. **AUTHORITY**

6. **DIRECTIVES AFFECTED**

 a. Directives Rescinded

   1) PS 4040.1B  Security Inmate Photos (12/20/06)

   2) PS 4090.2  Intake Screening (7/1/04)

   3) PS 4923.6  Mandatory Release (6/4/01)

    4)   DO 4351.2A      Sentence Expiration Procedure of Residents Confined in St. Elizabeth's Hospital (2/6/76)

    5)   PS 4353.1A      Inmate Transfers and Releases

    6)   CN-1      Inmate Releases and Transfers

    7)   PS 4360.2      Parole

b.   Directives Referenced

    1)   PS 4220.1      Inmate Gratuity

    2)   PS 4050.1      Inmate Property

7. **STANDARDS REFERENCED**

American Correctional Association (ACA) 4th Standards for Adult Local Detention Facilities:  4-ALDF-2A-19, 4-ALDF-2A-19, 4-ALDF-2A-20, 4-ALDF-2A-21, 4-ALDF-2A-22, 4-ALDF-2A-33, 4-ALDF-5B-13 and 4-ALDF-5B-18.

8. **INTAKE – R&D CONTROL.** The surrender of an inmate from custody of the US Marshals Service (USMS) or the DOC Warrant Squad begins the admissions process of all individuals committed to the DC Detention Facility (CDF).

    a.   Prior to accepting custody of the inmate, R&D Control Officers shall observe and if the inmate has visible injuries or appears to require medical attention require paperwork that documents the circumstances of the injury and whether medical attention was provided.

    b.   If applicable or one conditions in ¶ a. are satisfied, the R&D Control Officers shall review all commitment documents to ensure the inmate is being legally committed.  Commitment document at the CDF are as follows:

        1)   Commitment Pending Disposition

        2)   Judgment and Commitment/Probation Order

        3)   Writ of Habeas Corpus Ad Prosequedum

        4)   Writ of Habeas Corpus Ad Testificandum

        5)   Order for Return of Fugitive Waiver (from nearby jurisdictions)

      6) Order to Return Fugitive Upon Waiver

      7) U. S. Marshals Forms 40

      8) U. S. Marshal Form 41

      9) U. S. Parole Commission Parole Violation Warrant

      10) D. C. Parole Commission Parole Violation Warrant

      11) Escape Report

      12) Recommit Sheet

c. *Legal Documents Review.* R&D Control Unit shall receive, time/date stamp and thoroughly review each commitment document to ensure the following information is contained therein.

      1) Inmate's Name

      2) Date of Birth

      3) Gender

      4) Type of Commitment

      5) Date of the Commitment Document

      6) Case Number

      7) Bond Status and/or Sentence (if any)

      8) Signature of committing official

      9) Court Seal

d. *Booking Screen.* R&D Control Officers shall enter in the JACCS Booking Screen the inmate's personal information (last name, first name, middle name, affix, birth date, gender, and race) and reported social security number.

e. *Gender Identification*

      1) R&D staff shall review commitment documents for gender assignment.

      2) Staff shall also observe the inmate's physical appearance and when there is uncertainty as to the inmate's biological gender staff shall question the inmate in a professional manner for verification.

      3) Staff shall notify a supervisor if further confirmation appears warranted.

        The supervisor shall have the inmate escorted to the medical unit for a physical examination and gender determination. Upon medical determination of gender, staff shall escort the inmate to the appropriate R&D unit to complete the intake process.

    4)   R&D staff shall accurately record the inmate's determined biological gender in JACCS and document the incident consistent with *PS 1280.2 Reporting and Notification Procedures for Significant Incidents and Extraordinary Occurrences*.

f.    R&D Control Officers shall then enter the inmate's PDID # into the JACCS Booking Screen.

g.    JACCS will conduct a query to determine if the inmate has a DCDC number assigned and if no matching data is found, JACCS will assign the inmate a new DCDC number.

h.    If inmates are committed and the computer system is inoperable, the R&D Control Officer shall issue temporary DCDC numbers in the Number Log Book beginning with 900000.

i.    As soon as the computer system is operable, replace each inmate's temporary number with a permanent register number following the above procedures.

j.    The R&D Control Officer shall correct any DCDC numbers which have been incorrectly assigned to an inmate. The number change form (Attachment #12) shall be completed and distributed on all number changes.

k.    R&D Control Officers shall generate the and forward the following documents to Records Office

    1)   Inmate Social Data card (Face Sheet 1),

    2)   Inmate Property form,

    3)   MPD generated fingerprint (or the DOC acquired fingerprint card),

    4)   Wing Card with photo, and

    5)   Commitment documents.

9. **R&D PROCESSING**

a.    *Physical Description Screen.* R&D Processing Officers shall enter the inmate's height, weight, eye color, hair color, complexion, build, length of

DC-Hurd_00000247

      hair, if the inmate has facial hair, has eyeglasses and is right or left handed.

  b.  *Social Screen.* R&D Processing Officers shall interview the inmate and enter:

      1) The inmate's home address (address, city, state and zip code). When applicable, staff shall enter "No fixed address" in line 1 of the address field. Staff shall not leave this field blank, and

      2) The inmate's Spouse/emergency contact information (address, city, state and zip code) and telephone number.

  c.  *Photograph.* R&D Processing Officers shall photograph and store the inmate's electronic image in JACCS.

  d.  *Fingerprint.* Staff shall retrieve the inmate's fingerprints from the Automated Fingerprint Identification System (AFIS). If no fingerprint is available in AFIS, DOC staff shall fingerprint the inmate and forward the fingerprint card to the Records Office for reading and identification.

  e.  *X-Ray.* Inmates receive a chest x-ray to test for tuberculosis.

  f.  R&D Processing Officers shall require the inmate to shower, exchange the inmate's personal clothing for institutional clothing, attach the JACCS generated armband ID, issue a bedroll (sheets and blanket), a hygiene kit and an information handbook.

10. **WEEKENDERS**

  a.  The Records Officer shall review the Judgment and Commitment and enter JACCS data to include the PDID for DCDC # assignment.

  b.  Records Office shall forward the list with weekender's name, DCDC, Time/date of sentence to R&D Control and Tower.

  c.  Upon arrival to serve the sentence R&D Control shall check ID against list, notifies Records Office if discrepancy

  d.  Weekenders are housed in Intake Unit to serve their sentence.

11. **MEDICAL SCREENING**

  a.  The inmate shall be escorted from R&D Processing to medical for screening to include a determination if there are medical reasons for housing the inmate away from the general population or for restricting work assignments.

    b.    Staff shall place recorded results of the intake medical screening in the inmate's medical file.

12. **HOUSING**

    a. The Compliance Team will assign the newly inmate to an Intake housing unit unless it is determined the inmate should be otherwise placed on Administrative Segregation in a Special Management unit. Special Management would generally include but may not be limited to;

       1) A court ordered alert or placement,

       2) Alerts recorded in JACCS during a prior term of confinement,

       3) The inmate requests protective custody or is involuntarily placed in protective custody for safety reasons,

       4) The inmate is evaluated as extremely dangerous or an escape risk that justifies Special Handling status,

       5) The newly committed inmate is allegedly involved in a high profile crimes,

       6) Juveniles (who are being tried as adults),

       7) Persons with mental health or related disabilities, and

       8) Female inmates and wheel chair bound inmates are immediately transferred to the Correctional Treatment Facility after medical/dental/ mental health screening

    a. Any inmate who is placed on Administrative Segregation shall be afforded a housing hearing pursuant to *PM 5300.1 Disciplinary and Administrative Housing Hearings.*

13. **INTAKE PROCESS.** Case Managers shall conduct intake screenings within one business day of the inmate's admission.

    a. All reasonable efforts are made to ensure that the inmate's privacy is maintained during the interview.

    b. The interviewer shall also review the inmate record, JACCS, WALES, PRISM, COURTVIEW, JUSTICE and NCIC and make a decision whether the inmate is suitable for placement in general population.

c.  To ensure that inmates with separation orders are not housed together, the Case Manager shall check the location of all separatees in the JACCS System to identify any separatees that may be currently housed in the institution. The Case Manager shall enter each separatee's name and DCDC number in the newly admitted inmate's JACCS Separations Screening.

d.  *JACCS Data Entry.* Case Managers shall enter data into the following JACCS screens upon completion of the interview.

   1) *Booking Screen.* Personal Information (ethnicity, marital status) and interview the inmate to determine that the SSN in JACCS is as the inmate reported or make corrections.

   2) *Social Screen.* Review the JACCS *Social* screen and interview the inmate regarding accuracy of the inmate's home address and spousal/ emergency contact information and when needed, make corrections.

   3) *Employment Screen.* The case manager shall query and enter in the JACCS *Employment* screen the inmate's driver's license information if known or is otherwise available.

14. **INTER-INSTITUTIONAL TRANSFERS**

   a.  The Inter-Institutional Transfer Order (IIT) (Attachment 1) shall be used by all DOC institutions whenever an inmate is transferred from one location to another.

   b.  The IIT is usually prepared by a Records Office Legal Instruments Examiner LIE. R&D Control shall prepare the IIT if the Records Office is closed.

   c.  All inmates being transferred to the same institution shall be listed on the same IIT.

   d.  The IIT Order shall contain the following information:

   1)  Action Date - the effective date of the transfer.

   2)  Time - Time of transfer.

   3)  Name - Inmate's name including all aliases or AKA(s).

   4)  DCDC Number - Inmate's DCDC number.

   5)  Move to Code - the location code indicating where the inmate is being transferred.

6) Destination - the name of the place where the inmate is being transferred.

7) Reason Code - the code which indicates the reason for the transfer, e.g., serve sentence, administrative, or medical.

8) Reason/Specific Instructions - the specific reason for the transfer, including brief details. Detainers and alerts for such things as medical problems, suicide risks and the like should be noted also.

9) Custody Status - any special circumstances or concerns relative to custody, e.g., protective custody, separation order, special handling.

10) Signing Authority - the institution Warden may delegate the authority to sign the IIT. This authority may be re-delegated to Record Office personnel or the Correctional Supervisor only.

15. **RELEASE FROM DOC CUSTODY**

    a. The DOC CDF Receiving and Discharge Unit shall complete the release process for all inmates housed at CDF, CTF, and medical outposts.

    b. Inmates released from court shall be processed at the Medical Holding Unit at DC General Hospital.

    c. DOC shall notify St. Elizabeth's Hospital the mandatory release date of each inmate housed in the hospital. Approximately thirty (30) days before the MR date, St. Elizabeth Hospital's Superintendent shall initiate action to effect the commitment of the inmate to the hospital.

16. **RELEASE CLEARANCE**

    a. Records Office Legal Instruments Examiners shall obtain and review printouts from NCIC, COURT VIEW, WALES and JACCS must be generated to determine if there are any outstanding charges preventing release, prior to an inmate's release from the custody of the DOC.

    b. The Legal Instruments Examiner shall review source documents in the inmate's institutional record because data available through the criminal court computerized check may not be current based upon a one to two day delay in the updating data from court proceedings.

    c. Any release clearances required due to additional agreements with other criminal justice partners must also be completed.

    d. The Legal Instruments Examiner must complete the Release Clearance before the Release Authorization Form is prepared.

17. **RELEASE AUTHORIZATION**

   a.  The Release Authorization Form (Attachment __) for inmates being released from CDF and MHU shall only be prepared by the Central Detention Facility's Records Office Legal Instruments Examiners. Community Correctional Centers shall prepare the Release Authorization for persons released from a CCC.

   b.  The Records Office staff shall prepare, review and certify the release. Two signatures are required on a release authorization certifying that the release has been cross checked and found accurate.

   c.  Records Office personnel will complete Part I the Release Authorization form (Items 1-14) as follows:

   1) Inmate's name - Including all aliases or AKAs.

   2) DCDC Number- Inmate's DCDC number.

   3) Institution - the institution from which the inmate is being released.

   4) Date - The date the release form is prepared.

   5) Release Date - the date released from custody is effective and verified by the LIE.

   6) Release Type – The Face Sheet 1 and 2 (if applicable), pretrial commitment order(s), and release orders are reviewed and compared to ensure consistency and to determine the prescribed manner in which the inmate is to be released, i.e., court order, expiration, time served.

   7) Release Authority – One of four jurisdictions authorizing the inmate to be released, i.e. D.C. Superior Court, U.S. District Court, United States Parole Commission, or the Federal Bureau of Prisons.

   8) Release in Custody of - This is only used when an inmate is to be placed in the custody of another authority, e.g., federal, state or local authority or when an appropriate court of the District of Columbia orders the release from custody to an agency, organization, individual, or self custody.

   9) Detainers – A check shall be made and indication provided as to whether a detainer/outstanding warrant is known to exist, and the authority issuing any detainer.

   10) Certification - The LIE preparing the release authorization form must certify the release to be correct by affixing his or her name printed and

DC-Hurd_00000252

    his or her signature. The LIE reviewing the form shall certify the accuracy of the information by affixing his or her signature. The completed document shall be forwarded to R&D Control Unit of faxed to the appropriate contract halfway house for completion of the R&D Control or Halfway House Staff section of the form.

    11) Name/Title - the name and title of the person certifying the release.

    12) Signature - The signature of the person who certifies the release

    13) Date - Date signed.

    14) Special Instruction - any special instructions which affect the release, e.g., time of pick-up, protective custody, separation orders.

    15) Photo – Affix inmates photograph, if not in JACCS.

    16) Photograph - Inmate photograph must be attached.

d.   Records Office shall forward to R&D the signed/certified Release Authorization Form along with any other release documentation.

e.   R& D Processing Officer shall:

    1)   Print the inmate identification card and attach it to the inmate's release information package for issuance from R&D or MHU as is appropriate.

    2)   The identification card will not generate if any of the data elements have not been completed. R&D shall review the JACCS screens to determine the discrepancy, enter required data and print the card.

    3)   If JACCS is not operating R&D Control shall manually prepare release documents and attach a copy of the inmate's photo from the Wing Card to the Release Authorization card and photocopy these documents for issuance to the inmate as photo identification.

f.   Records Officer staff shall also enter required data in Lotus Notes that triggers a release notice to R&D Control and Pharmacy.

g.   Pharmacy shall responds in Notes with "Yes" or "No" regarding medication. If yes – R&D/MHU shall hold inmate pending issuance.

h.   R&D Control Officers shall use the wing card photograph and AFIS in order to verify the inmate's identity.

DC-Hurd_00000253

18. **RELEASE ACTION.** Once positive identification has been confirmed, the R&D Control Officer shall complete the *Release Action* section of the Release Authorization Form (Items 15 through 19).

    a.  Identified by R&D Control - the signature of the Correctional Officer who has positively identified the inmate being released.

    b.  Release To - the name of the authorized agent or person receiving custody as indicated below.

    c.  Transported By - The Senior Transport Officer transporting the inmate.

    d.  Date of Release - the date the inmate is actually released from DOC custody.

    e.  Time of Release - the time the inmate is released from DOC custody.

    f.  The "Receipt of Agent taking custody" section of the Release Authorization form shall be completed as follows:

    g.  Name/Title - the name and title of the agent taking custody.

    h.  Signature - the signature of the agent taking custody along with proper photo identification required, e.g., badge number, attorney bar number.

    i.  Date - the date the authorized agent receives custody of the inmate.

    j.  Location - the agency official taking custody represents and the agency's telephone number.

19. **COMMUNITY RELEASE INFORMATION PACKAGE.** R&D Control, MHU or CCC staff shall provide inmates with a Discharge/Release Planning community resource guide.

20. **DOC IDENTIFICATION CARD**

    a.  Inmates released from CDF and MHU shall be issued a photo identification card upon release from custody by a court order, mandatory release from custody or upon halfway house placement (Attachment A).  This directive shall not apply to inmates who are being transferred to another correctional facility or placed into the custody of another jurisdiction.

    b.  The ID card shall be effective for 60 days from release.  DOC shall not renew issuance of the ID card.

    c.  The inmate may use the ID card for personal identification.

DC-Hurd_00000254

    d.    Prior to expiration of the ID card, inmates who are District of Columbia residents may use the ID card to make application to DC Reentry Program initiatives and to make application to the DC Department of Motor Vehicles for a non-driver ID.

21. **TRANSPORTATION.** Inmates are issued a Metro bus token or farecard.

22. **PROPERTY.** DOC shall return the inmate's remaining personal property pursuant to PS 4050.1 Inmate Property.

23. **MEDICATION.** Inmates shall receive medication sufficient for seven (7) days. Inmates shall receive HIV medication sufficient for thirty (30) days.

24. **PERSONAL FUNDS.** If the inmate is released prior to 1:00 pm, the inmate may obtain any funds in his/her personal account from Inmate Finance. The inmate may return the next day for the funds if Inmate Finance is closed.

25. **GRATUITY.** Inmates approved for gratuity assistance may obtain the funds from Inmate Finance if released prior to 1:00 pm, Monday through Friday. The inmate may return the next day for the funds if Inmate Finance is closed.

Devon Brown
Director